UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:09-CV-2597-T-30TGW

OWEN HARTY, Individually,

    Plaintiff,

v.

KIMCO LAKELAND 123, INC., a
Florida corporation,

    Defendant.
_____/

## AMENDED STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Owen Harty and Defendant Kimco Lakeland 123, Inc., by and through their counsel, pursuant to the settlement agreement reached between them, and, pursuant to the Order dated April 19, 2010 (D.E. 12), respectfully request that the Court review their confidential settlement agreement in camera, including the provisions thereof as to the attorneys fees and costs. The Parties hereby agree to modify the terms of their settlement agreement, consistent with the Order, to the extent that the Defendant will pay the Plaintiff's attorney's fees and costs in an amount to be awarded by the Court, up to the maximum amount provided in the settlement agreement. As provided by the Order, Plaintiff's counsel will be filing his fee and cost affidavit shortly.

Additionally, the parties request that the Court retain jurisdiction over this matter for purposes of enforcement of the Settlement Agreement as amended hereby.

16556806.3

Finally, upon approval of the settlement agreement and the ruling on attorneys fees and costs by the Court, the parties hereby stipulate to the voluntary dismissal of this action with prejudice.

Respectfully submitted this __26__ day of April, 2010.

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| /s/Thomas B. Bacon | /s/Patricia H. Thompson |
| **Thomas B. Bacon** | **Patricia H. Thompson** |
| Florida Bar No.: 139262 | Florida Bar No.: 221783 |
| THOMAS B. BACON, P.A. | CARLTON FIELDS, PA. |
| 4868 S.W. 103 Avenue | 100 S.E. Second Street, Suite 4000 |
| Cooper City, Florida 33328 | Miami, Florida 33130 |
| Telephone: (954)478-7811 | Telephone: (305) 530-0050 |
| Facsimile: (954) 237-1990 | Facsimile: (305) 530-0055 |
| E-mail: tbb@thomasbaconlaw.com | E-mail: pthompson@carltonfields.com |

16556806.3